UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **KARLA BRINTLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No:** |
| v. | ) | **1:17-cv-1076-PLM-RSK** |
| | **)** | |
| | ) | |
| **CASE CREDIT UNION,** a credit union, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karla Brintley voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

*Counsel for Plaintiff*

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore, Esq.
Salvatore Prescott & Porter, PLLC
105 East Main Street
Northville, Michigan 48167
Phone: (248) 679-8711
Fax: (248) 773-7280
salvatore@spplawyers.com

and

>/s/ Scott J. Ferrell
>Scott J. Ferrell, Esq.
>Pacific Trial Attorneys
>4100 Newport Place Drive, Suite 800
>Newport Beach, CA 92660
>Phone: (949) 706-6464
>Fax: (949) 706-6469
>sferrell@pacifictrialattorneys.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein by electronic filing on the 14th day of March 2018.

>/s/ Jennifer B. Salvatore

2